**UNITED STATES of America,**
**Plaintiff–Appellant,**

v.

**Youssef Samir MEGAHED,**
**Defendant–Appellee.**

No. 08–12548.

United States Court of Appeals,
Eleventh Circuit.

Jan. 21, 2009.

David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellant.

Adam Benjamin Allen, Dionja L. Dyer, Federal Public Defender Assistant Federal Public Defender, Tampa, FL, for Defendant–Appellee.

---

Gregory G. Costas, Florida Department of Transportation, Tallahassee, FL, Samuel D. Armstrong, Orlando, FL, Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Defendants–Appellees.

William H. Congdon, St. Johns River Water Management District, Palatka, FL, Defendant–Third–Party–Plaintiff–Appellee.

Before HULL, WILSON and HILL, Circuit Judges.

PER CURIAM:

After review and oral argument, we conclude that the Appellant United States has not shown, at this juncture, reversible error in the district court's pretrial rulings as to the particular items of evidence that are the subject of this appeal.

**AFFIRMED.**